BEFORE THE SECOND DIVISION, APRIL 19, 1944

**No. 49351.**—Protests 618511–G, etc., of Rossett Maufacturing Co. (New York).

Opinion by TILSON, J.   At the trial it was shown that the merchandise in question consists of hats similar in all material respects to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was incorporated herein.   In accordance therewith certain of the merchandise (manufacturer's No. 505) was held to be properly dutiable at only 25 percent ad valorem under paragraph 1504 (b) (5) as claimed.